# Exhibit A

Firm ID#46603

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

| | |
|---|---|
| BRIAN A. FOGARTY, SR., | ) |
| Plaintiff, | ) |
| v. | ) No. |
| CITGO PETROLEUM CORPORATION, | ) 2015L007365 |
| | ) CALENDAR/ROOM D |
| Defendant. | ) TIME 00:00 |
| | ) *Plaintiff Demands Trial By Jury* |

## COMPLAINT AT LAW

### COUNT I

**Negligence – Trip & Fall Over partially Buried Pipe – Personal Injury**

Plaintiff, BRIAN A. FOGARTY, SR., complaining of defendant, CITGO PETROLEUM CORPORATION (hereinafter referred to as "CITGO"), states:

1. On November 10, 2014 and at all times relevant, CITGO owned, operated, managed, maintained and controlled a certain refinery facility in Lemont, Will County, Illinois.

2. On and before November 10, 2014, Turner Industries was performing work at the aforesaid CITGO refinery facility.

3. At all times relevant, BRIAN A. FOGARTY, SR., was a resident of Chicago, Cook County, Illinois.

4. At said time and place, BRIAN A. FOGARTY, SR., was an invitee at the aforesaid CITGO refinery facility performing work as an insulator.

5. At all times relevant, there was a gravel roadway or access way at the aforesaid CITGO facility in the area where BRIAN A. FOGARTY, SR., was assigned to work.

6. At all times relevant there was a walking path alongside said gravel roadway or access way which workers would walk on to get to and from the work area.

7. At all times relevant there was a metal pipe buried under the aforesaid gravel roadway or access way.

8. On and before November 10, 2014, part of the aforesaid pipe was partially exposed and unmarked on the side of the gravel roadway or access way and in the walking path where the workers walked to get to and from their work area.

9. At said time and place, the exposed pipe created a tripping hazard.

10. On November 10, 2014, BRIAN A. FOGARTY, SR., tripped over said exposed portion of pipe as he was walking on the walking path carrying work materials to his work area.

11. At said time and place, as a result of his fall, BRIAN A. FOGARTY, SR., sustained injury.

12. At all times relevant, CITGO knew or should have known the exposed pipe was present and unmarked.

13. At all times relevant, CITGO knew or should have known that workers would likely not notice the unmarked pipe and therefore not be able to protect themselves from the hazard.

14. On and before November 10, 2014, CITGO was negligent in one or more of the following ways:

    a. Failed to provide plaintiff with a safe place to work.

    b. Caused or allowed the pipe to be installed in such a way that one end of it was exposed in the walking path of workers in its refinery.

    c. Failed to remove or have the pipe removed.

2

    d.    Failed to properly bury or cause the pipe to be properly and fully buried.

    e.    Failed to mark or have the pipe marked so as to make it more visible for safety.

    f.    Failed to warn plaintiff of the presence of the unmarked pipe.

    g.    Failed to adequately and sufficiently inspect its facility so as to be aware of work hazards present for workers at its refinery facility.

15.    As a proximate result of one or more of these negligent acts or omissions, plaintiff sustained injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff, BRIAN A. FOGARTY, SR., demands judgment against defendant, CITGO PETROLEUM CORPORATION, for a sum in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois.

Respectfully submitted,

_____
DAVID C. WISE

Burke Wise Morrissey & Kaveny
Attorneys for Plaintiff
161 North Clark Street
Suite 3250
Chicago, Illinois 60601
(312) 580-2040
(312) 580-2041
Firm I.D. No. 46603

Firm ID#46603                                                              DCW/as/15-4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| BRIAN A. FOGARTY, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| CITGO PETROLEUM CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT

I, David C. Wise, state under oath:

1. I am an attorney associated with Burke Wise Morrissey & Kaveny and am responsible for filing of the Complaint at Law in this matter.

2. The total of money damages sought by plaintiff does exceed $50,000.00, exclusive of interest and costs.

_____
David C. Wise

SUBSCRIBED and SWORN to before me
this 20th day of July, 2015.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Angela M. Suhr
Notary Public, State of Illinois
My Commission Expires 03/30/18