**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Brian A. Fogarty Sr.

                              Plaintiff,

v.                                               Case No.: 1:15–cv–07299
                                                       Honorable Sara L. Ellis

CITGO Petroleum Corporation, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 9, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [70], this action is dismissed with prejudice each party to bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.